UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN C. DUVALL, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1846DJS |
| ) | |
| JAMES RAY MAXEY, ) | |
| ) | |
|     Defendant(s). ) | |

## **ORDER**

The above-styled case was filed in the Eastern Division on October 29, 2007, and assigned to the Honorable Donald J. Stohr. Because this case originated in the Monroe County Circuit Court, jurisdiction of this matter lies with the Northern Division.

**IT IS HEREBY ORDERED** that the above styled cause be transferred to the Northern Division of this court and assigned Case Number 2:07cv47ERW. The Honorable E. Richard Webber will preside. Case No. 4:07cv1846DJS is hereby administratively closed.

James G. Woodward
CLERK OF COURT

Dated this 30th day of October, 2007.      By: /s/ Karen Moore
                                                               DEPUTY CLERK

**In all future documents filed in this case, please use case number 2:07cv47ERW.**